6 So.2d 906
## Sam MOSLEY v. STATE.
### 8 Div. 184.

Court of Appeals of Alabama.
Feb. 17, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

6 So.2d 906
## Johnny MOSS v. STATE.
### 8 Div. 161.

Court of Appeals of Alabama.
Feb. 17, 1942.

H. T. Foster, of Scottsboro, for appellant.
Thos. S. Lawson, Atty. Gen., and John W. Vardaman, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

10 So.2d 58
## C. F. MOTTEN v. STATE.
### 7 Div. 669.

Court of Appeals of Alabama.
June 23, 1942.

Obe Riddle, of Talladega, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

6 So.2d 906
## Harvey V. MURPHY v. STATE.
### 8 Div. 216.

Court of Appeals of Alabama.
Feb. 17, 1942.

H. T. Foster, of Scottsboro, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

5 So.2d 853
## Henry MYERS v. STATE.
### 6 Div. 802.

Court of Appeals of Alabama.
Jan. 13, 1942.

Roy McCullough, of Birmingham, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

1 So.2d 47
## NATIONAL LIFE & ACCIDENT INS. CO. v. Essie MITCHELL.
### 7 Div. 617.

Court of Appeals of Alabama.
Feb. 4, 1941.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.